**No. 49886.**—Protests 522292–G, etc., of Amberg Schwab & Co. et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests

**No. 49887.**—Protest 104787–K of Transatlantic Arts, Ltd. (New York).

Opinion by KINCHELOE, J. Upon retrial of the protest plaintiff abandoned the item assessed at 7½ percent. The plaintiff then called the Government examiner from whose testimony it appeared that the merchandise invoiced as color prints, assessed at 25 percent under paragraph 1410, was in fact documents issued by the British Government. In accordance therewith the claim for free entry under paragraph 1629 was sustained as to this item.

**No. 49888.**—Protest 105770–K of Benjamin Wood, Esq. (New York).

Opinion by KINCHELOE, J. Exhibit 1 received in evidence consists obviously of a large map or chart of the world, with designations thereon of all places where tea is produced, and with descriptive portrayals of the different events in history connected with production and use of tea. It was the court's opinion that the merchandise clearly comes within the provision in said paragraph 1410, as modified, at 12½ percent. In accordance therewith the protest was sustained to this extent.

**No. 49889.**—Protests 100254–K, etc., of Nathan Institute, Inc., et al. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.